UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

BRENT HERBERT FORD,

ELIZABETH MARIA FORD,

           Debtors.

Chapter 13
Case No. 14-25878 (SBB)

**MOTION FOR EXTENSION OF TIME TO FILE THE
COMPLETE CHAPTER 13 INITIAL FILING**

      Pursuant to Federal Bankruptcy Rule 1007(c), the Debtors, Brent and Elizabeth Ford, through their attorney, Michael J. Duran, respectfully request this Court grant an extension of time for the Debtors to file the remaining documents required for their voluntary Chapter 13 joint filing under Federal Bankruptcy Rule 1007(b). As grounds for good cause shown for this Motion, the Debtors state as follows:

      1.     The Debtors filed their joint Chapter 13 petition on November 25, 2014, as an emergency filing in light of the pending foreclosure sale of their home, which was scheduled for November 26, 2014.

      2.     While the Debtors have worked diligently to prepare their Chapter 13 petition, the Debtors did not have sufficient time to prepare all of their schedules and other records for this Court. The Debtors require a brief extension of time in order to collect all necessary financial data and accurately prepare the remaining filings to the Court.

      3.     The Debtors have good cause for an extension of time to file the remaining documents because of the urgent nature created by the pending foreclosure sale.

      4.     The Debtors request that this Court grant a fourteen (14) day

extension for them to file all Schedules, Summary of Schedules, Statement of Financial Affairs, Statistical Summary of Certain Liabilities, Employee Income Records and/or Statement Concerning No Employee Income Record, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income, and other documents required under FED. R. BANKR. P. 1007 and Colo. L.B.R 1007-1

WHEREFORE, the Debtors respectfully request this Motion for an Extension of Time to File the Complete Chapter 13 Initial Filing be granted.

Dated: December 9, 2014             Respectfully submitted,

MILLIGAN COUGHLIN LLC

*/s/ Michael J. Duran*
Michael J. Duran, # 40394
Milligan Coughlin, LLC
AABC 111 Suite R
Aspen, CO 81611
Telephone: 970-712-8961

*Attorney for the Debtors*