UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
BRENT HERBERT FORD

CASE NO: 14-25878SBB  
CHAPTER 13

ELIZABETH MARIA FORD

Debtors

**MOTION TO DISMISS FOR DEBTOR'S FAILURE TO PROVIDE TAX RETURN PURSUANT TO 11 U.S.C. § 521(e)(2) AND NOTICE OF PENDING DISMISSAL OF CASE**

**TO THE DEBTOR(S) AND THE ATTORNEY FOR THE DEBTOR(S):**

The Standing Chapter 13 Trustee, Sally J. Zeman, hereby certifies that the Debtors in the above-referenced case have failed to provide the Trustee with a copy of the Federal income tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return was filed, as required by 11 U.S.C. § 521(e)(2), Fed. R. Bankr. P. 4002 and L.B.R. 1017-2;

NOTICE IS HEREBY GIVEN that, pursuant to L.B.R. 1017-2 and 11 U.S.C. § 521(e)(2), **the case will be dismissed without further notice or hearing**, unless the Debtors file an objection with the Court by January 20, 2015. The Debtors' objection must include such information as is necessary to demonstrate that the Debtors' failure to provide the tax return or transcript was due to circumstances beyond the control of the Debtors, as required by 11 U.S.C. §521(e)(2).

Dated: January 6, 2015

Respectfully submitted,

s/Sally J. Zeman  
Sally J. Zeman # 15319  
Standing Chapter 13 Trustee  
P.O. Box 1169  
Denver, CO 80201-1169  
(303) 830-1971  
FAX (303) 830-1973

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 6, 2015 I served by prepaid first class mail a copy of this **MOTION TO DISMISS FOR DEBTOR'S FAILURE TO PROVIDE FEDERALTAX RETURNS PURSUANT TO 11 U.S.C. § 521(e)(2) AND NOTICE OF PENDING DISMISSAL OF CASE** and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and L.B.R. at the following addresses:

BRENT HERBERT and ELIZABETH MARIA FORD, 75 ASPEN VILLAGE, ASPEN, CO 81611

MICHAEL JOSEPH DURAN, 0133 PROSPECT ROAD, STE 4102, ASPEN, CO 81611  ,

United States Trustee, 999 18th St., #1551, Denver, CO  80202

                                                                                      s/Sally J. Zeman
                                                                                     Signed

| | |
|---|---|
| IN RE:<br>BRENT HERBERT FORD<br><br>ELIZABETH MARIA FORD<br><br>Debtors | CASE NO:  14-25878SBB<br>CHAPTER 13 |

## ORDER DISMISSING CHAPTER 13 CASE
## PRIOR TO CONFIRMATION OF PLAN

THIS MATTER comes before the court on the **MOTION TO DISMISS FOR DEBTOR'S FAILURE TO PROVIDE FEDERALTAX RETURNS PURSUANT TO 11 U.S.C. § 521(e)(2) AND NOTICE OF PENDING DISMISSAL OF CASE**, filed by the Standing Chapter 13 Trustee, Sally J. Zeman.  Notice has been given to the debtor and debtor's counsel.  No timely objection has been filed. The court

**FINDS** that:

1. Cause exists for dismissal of this case pursuant to 11 U.S.C. § 1307.
2. No plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

**IT IS THEREFORE ORDERED** that:

1. THIS CASE IS DISMISSED. The Clerk of the court must serve this order on all creditors and parties in interest within fourteen days (14) of the date of the order.

2. In accordance with 11 U.S.C. §§ 349(b)(1) and (2), any transfer avoided under 11 U.S.C. §§ 522, 544, 545, 547, 548, 549 or 724(a), or preserved under 11 U.S.C. §§ 510(c)(2), 522(i)(2) or 551, is reinstated; any lien voided under 11 U.S.C. § 506(d) is reinstated; and any order, judgment or transfer ordered under 11 U.S.C. §§ 522(i)(1), 542, 550 or 553 is vacated.

3. All property of the estate, except payments made by the debtor to the trustee, will revest in the debtor as of the date of this order pursuant to 11 U.S.C. § 349.

4. Payments made by the debtor will be retained by the trustee pending payment of claims allowed under 11 U.S.C. § 503(b) pursuant to 11 U.S.C. § 1326(a)(2).

    a. Any request for allowance of an 11 U.S.C. § 503(b) claim must conform with 11 U.S.C. § 503 and FED. R. BANKR. P. Rules 9013, 9014 and 2002, and be filed after 14 days but within 21 days of the date of this order.

    b. Within 30 days after determination of the last request, if any, for allowance of 11 U.S.C. § 503(b) claims, the trustee must pay all fees imposed by statute and all allowed 11 U.S.C. § 503(b) claims from the debtor's payments and return any surplus to the debtor.

Dated:_____                    BY THE COURT:

                                                  _____
                                                  United States Bankruptcy Judge