| | |
|---|---|
| 1 | PROBER & RAPHAEL, A LAW CORPORATION |
| 2 | 20750 Ventura Boulevard, Suite 100 |
| | Woodland Hills, California 91364 |
| 3 | (818) 227-0100 |
| | (818) 227-0637 facsimile |
| 4 | cmartin@pralc.com |
| | FHAN.102-163A.NF |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

In re                                          Bk. No. 14-25878-SBB

BRENT HERBERT FORD AND ELIZABETH MARIA FORD AKA ELIZABETH MARIA BOLANO                             Chapter 13

      Debtors.
_____/

**REQUEST FOR SPECIAL NOTICE**

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders with regard to the real property described as 75 Aspen Vlg, Aspen, Colorado 81611 (Loan No. XXXX1396) for which claimant Nationstar Mortgage, LLC ("Secured Creditor"), its assignees and/or successors in interest, is entitled to service or notice, that a courtesy copy also be sent to:

PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: January 8, 2015          By /s/ Dean R. Prober
                                          DEAN R. PROBER, ESQ., CA BAR # 106207
                                          As Agent for Nationstar Mortgage, LLC

1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Maria Chavez, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On, January 8, 2015, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Brent Herbert Ford
Elizabeth Maria Ford
75 Aspen Village
Aspen, CO 81611
Debtors

Michael Joseph Duran, Esquire
0133 Prospector Road, Suire 4102
Aspen, CO 81611
Attorney for Debtors

Sally Zeman
Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2015, at Woodland Hills, California.

/s/ Maria Chavez

2