# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held **February 4, 2015**, Before Honorable Sidney B. Brooks

| | |
|---|---|
| **In re:** ) | |
| ) | **Bankruptcy Case No.** |
| **BRENT HERBERT FORD** ) | **14-25878 - SBB** |
| SS#xxx-xx-5097  and ) | **Chapter 13** |
| **ELIZABETH MARIA FORD** ) | |
| SS#xxx-xx-8883 ) | |
| ) | |
| **Debtor(s).** ) | |

☒  Appearances:

Debtor(s), BRENT FORD and ELIZABETH FORD:     Counsel: Alexis Reller
Chapter 13 Trustee, Sally Zeman:     Counsel: William Lambert

Proceedings:     **Confirmation of Debtor(s)' Chapter 13 Plan of Reorganization filed December 24, 2014 (Docket #16)  and Objection(s) by Chapter 13 Trustee Sally Zeman filed January 6, 2015 (Docket #28)**

☒  Entry of appearances and statements/arguments made.

☒  The Court was advised that Debtor(s) ☒ is/are current, or ☐ is/are not current, on payments to the Chapter 13 Trustee, Sally Zeman.

☒  Evidentiary[1]

Orders:

☒  Oral findings and conclusions made of record.

☒  IT IS ORDERED as follows:

1. Based upon the statements entered on the record at the hearing, the Debtor(s)' Chapter 13 Plan of Reorganization filed December 24, 2014 (Docket #16) is **DENIED.**

2. Objection(s) to confirmation is/are hereby **deemed MOOTED**.

3. Debtor(s) shall, on or before **February 28, 2015**, file with this Court and serve as provided herein (a) an amended Chapter 13 Plan of Reorganization, (b) a notice of the continued hearing and/or deadlines identified hereinbelow, and (c) a certificate of service which shows service of the plan and notice as ordered herein.

---

[1] Evidentiary for statistical reporting purposes.

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**
Minutes of Electronically Recorded Proceeding
Held **February 4, 2015**, Before Honorable Sidney B. Brooks

---

4. The Debtor(s) amended Chapter 13 Plan of Reorganization and notice of continued hearing and/or deadlines, shall be served by mail on the following:

    ☒ Chapter 13 Trustee, Sally Zeman

    ☒ all parties who have entered an appearance in the case

    ☒ all creditors adversely affected by the amendment

    ☐ all creditors and interested parties

5. The deadline for filing objections to confirmation of the amended Chapter 13 Plan of Reorganization is hereby established as **March 11, 2015**.

6. A continued non-evidentiary hearing regarding confirmation of the amended Chapter 13 Plan of Reorganization and objections thereto shall be held on **April 1, 2015** at **1:30 p.m.**, in **Courtroom E**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202-2508. Counsel/parties may appear by telephone at the continued hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

    Dial 720-904-7499, a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input an access code/meeting ID, followed by the pound key (#). The access code/meeting ID is: **990 801 036**. You may then be prompted to input an attendee ID number, followed by the pound key (#). If you do not know this attendee ID number, press the pound key (#) to continue. You will then be connected into the conference. Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's chambers at 720-904-7338 and leave a name and the telephone number where you can be reached and the Court will return the call.

7. On or before **March 26, 2015**, Debtor(s) shall timely file the appropriate Certificate and Motion to Determine Notice, or Verification of Confirmable Plan, in accordance with L.B.R. 3015-1(g)(2) or (f)(1)(a). If no objection(s) is/are filed with the Court, and a Verification of Confirmable Plan is filed, counsel/parties may contact the Court to ascertain whether the hearing shall be vacated.

**IN THE EVENT DEBTOR FAILS TO TIMELY FILE A MEANINGFUL CERTIFICATE AND MOTION TO DETERMINE NOTICE BY THE ABOVE DEADLINE, DEBTOR—appearing pro se or through counsel—SHALL APPEAR, IN PERSON, AT THE CONTINUED HEARING.**

IT IS FURTHER ORDERED that if confirmation is not possible at the time of the continued hearing, or if payments are not current to the Chapter 13 Trustee, Sally Zeman, the Court may dismiss the case.

IT IS FURTHER ORDERED that failure to comply as ordered may establish cause for dismissal of the within case.

---

FOR THE COURT:
*Kenneth S. Gardner, Clerk*

By: /s/ A. Sekera, Courtroom Deputy