UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

BRENT HERBERT FORD,

ELIZABETH MARIA FORD,

Debtors.

Chapter 13
Case No. 14-25878 (SBB)

### NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN, DEADLINE FOR FILING OBJECTIONS THERETO, AND HEARING ON CONFIRMATION

**OBJECTION DEADLINE:   MARCH 11, 2015   .**

NOTICE IS HEREBY GIVEN that the debtors filed a Chapter 13 Plan on March 1, 2015. A copy of the Chapter 13 Plan is attached. A hearing on confirmation of debtors' Chapter 13 Plan will be held on **APRIL 1, 2015** at **1:30 PM** in Courtroom E, United States Bankruptcy Court, 721 19th St., Denver, Colorado 80202.

The last day to file an Objection to the plan is the objection deadline stated above. Objections to the Chapter 13 Plan must comply with L.B.R. 3015-1(e) and must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the court.

If objections are filed, objecting parties and the debtor may receive a supplemental hearing notice from the judge assigned to this case regarding whether the hearing on confirmation will be telephonic or conducted in person. If an objecting party and the debtor do not receive additional information, they should appear in person on the hearing date specified in this notice.

Unless a written objection is filed, the Chapter 13 Plan may be confirmed without a hearing, upon the debtor's filing of a Verification of Confirmable Plan pursuant to Local Bankruptcy Rule 3015-1 and L.B. Form 3015-1.4.

**This Notice pertains only to the Chapter 13 Plan. Creditors should also review the Notice of Meeting of Creditors, at docket number 6, for additional information and deadlines, including those related to objecting to dischargeability of certain debts, objecting to exemptions, and filing a proof of claim.**

Dated: March 1, 2015

Respectfully submitted,

*/s/ Michael J. Duran*
Michael J. Duran, # 40394
Milligan Coughlin, LLC
AABC 111 Suite R
Aspen, CO 81611
Telephone: 970-712-8961
*Attorney for the Debtors*