```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                        Case No. 14-25878-SBB
Brent Herbert Ford                                            Chapter 13
Elizabeth Maria Ford
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 1082-1           User: dennisp              Page 1 of 1              Date Rcvd: Mar 06, 2015
                               Form ID: pdf904            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2015.
db/db         +Brent Herbert Ford,   Elizabeth Maria Ford,   75 Aspen Village,   Aspen, CO 81611-9655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2015 at the address(es) listed below:
              Alexis A. Reller    on behalf of Debtor Elizabeth Maria Ford aar@milligancoughlin.com
              Alexis A. Reller    on behalf of Debtor Brent Herbert Ford aar@milligancoughlin.com
              Chapter 13 Trustee - Zeman    on behalf of Trustee Sally  Zeman mail@ch13colorado.com
              Michael Joseph Duran    on behalf of Debtor Elizabeth Maria Ford mjd@milligancoughlin.com
              Michael Joseph Duran    on behalf of Debtor Brent Herbert Ford mjd@milligancoughlin.com
              Sally  Zeman    mail@ch13colorado.com, szeman@ecf.epiqsystems.com
              US Trustee, 13    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Sid Brooks

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. |
| BRENT HERBERT FORD and ) | 14-25878-SBB |
| ELIZABETH MARIA FORD, ) | Chapter 13 |
| Debtor(s). ) | |

**AMENDED[1] ORDER VACATING CONFIRMATION HEARING, AND DIRECTING FILING OF AMENDED PLAN AND NOTICE OF CONTINUED HEARING ON CONFIRMATION TO BE HELD BY TELEPHONE**

THIS MATTER comes before the Court on review of the within case file and the Certificate and Motion to Determine Notice filed by Debtor(s) in accordance with Local Bankruptcy Rule 3015-1 on March 4, 2015 (Docket #59).  The Court,

DOES FIND that the Certificate indicates that Debtors intend on filing an amended plan to resolve pending objections to confirmation and/or to cure deficiencies in the prior plan. Therefore, the Court

HEREBY ORDERS as follows:

1. The Debtor(s) shall file the amended plan along with any other documents identified in the Certificate on or before **March 25, 2015**.

2. The hearing on confirmation currently scheduled for Wednesday, April 1, 2015 at 1:30 p.m. is **VACATED and RESCHEDULED** for a non-evidentiary hearing regarding Debtors' amended Chapter 13 Plan and Objections thereto, if any, at **1:30 p.m. on Wednesday, May 6, 2015, in Courtroom E**, U.S. Bankruptcy Court, 721 19th Street, Denver, Colorado 80202-2508.  Counsel/parties may appear by telephone at the continued hearing.  The following instructions are provided for appearing by telephone and connecting to the conference call line:

> Dial 720-904-7499, a few minutes prior to commencement of the hearing.  It is a computerized system and you will be prompted to input an access code/meeting ID, followed by the pound key (#). The access code/meeting ID is: **990 801 036**.  You may then be prompted to input an attendee ID number, followed by the pound key (#).  If you do not know this attendee ID number, press the pound key (#) to continue.  You will then be connected into the

---

[1] This Order is amended to reflect the plan confirmation hearing scheduled for **April 1, 2015** is vacated rather than March 11, 2015 as was indicated in the Court's Order dated March 6, 2015 (Docket #63).

conference.  Failure to connect to the conference in a timely manner may preclude your participation in the hearing.  If you are unable to connect after following the instructions provided, please call the Judge's chambers at 720-904-7338 and leave a name and the telephone number where you can be reached and the Court will return the call.

3.   The Debtor(s) shall file a notice in substantial conformity with L.B. Form 3015-1.8 and in compliance with Bankruptcy Rules 2002(b) and 7004, **which notice shall also include language in paragraph two above regarding telephone appearance at the continued hearing**, and shall serve such notice, along with a copy of the amended Chapter 13 Plan, on or before **March 25, 2015**, on the following:

> ☒ Chapter 13 Trustee
> ☒ All creditors and parties who have entered an appearance and/or requested notice in the case
> ☒ All creditors and interested parties

4.   The deadline for filing objections to confirmation is **April 15, 2015**.

5.   On or before **April 30, 2015**, Debtor(s) shall timely file the appropriate Certificate and Motion to Determine Notice, or Verification of Confirmable Plan, in accordance with L.B.R. 3015-1(g)(2) or (f)(1)(a).  If no objection(s) is/are filed with the Court, and a Verification of Confirmable Plan is filed, counsel/parties may contact the Court to ascertain whether the hearing shall be vacated.

**IN THE EVENT DEBTOR FAILS TO TIMELY FILE A MEANINGFUL CERTIFICATE AND MOTION TO DETERMINE NOTICE BY THE ABOVE DEADLINE, DEBTOR—appearing pro se or through counsel—SHALL APPEAR, IN PERSON, AT THE CONTINUED HEARING.**

6.   In the event Debtors fail to comply as ordered herein, confirmation of the amended plan may be DENIED and the case may be dismissed without further notice or hearing.

Dated this 6th day of March, 2015.

> BY THE COURT:
>
> _____
> Sidney B. Brooks,
> United States Bankruptcy Judge