UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

BRENT HERBERT FORD,

ELIZABETH MARIA FORD,

          Debtors.

Chapter 13
Case No. 14-25878 (SBB)

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN, DEADLINE FOR FILING OBJECTIONS, AND HEARING ON CONFIRMATION

**OBJECTION DEADLINE: April 15, 2015 .**

      YOU ARE HEREBY NOTIFIED that the debtor filed an amended chapter 13 plan on **March 4, 2015**, **Docket No. 55**. A copy of the amended chapter 13 plan is attached.

A non-evidentiary hearing on confirmation has been set for **May 6, 2015 at 1:30 PM Courtroom E,** at the U. S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202. Counsel/parties may appear by telephone at the continued hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

      Dial 720-904-7499, a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input an access code/meeting ID, followed by the pound key (#). The access code/meeting ID is: **990 801 036**. You may then be prompted to input an attendee ID number, followed by the pound key (#). If you do not know this attendee ID number, press the pound key (#) to continue. You will then be connected into the conference. Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's chambers at 720-904-7338 and leave a name and the telephone number where you can be reached and the Court will return the call.

      If you wish to oppose confirmation of the amended chapter 13 plan you must file with the court a written objection and request for a hearing on or before the objection deadline stated above, and serve a copy thereof on the undersigned attorney. Pursuant to L.B.R. 3015-1, objections must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the court.

Unless otherwise ordered, previously filed objections to any prior chapter 13 plan are deemed moot and new objections must be timely filed addressing this amended plan.

If no objections are filed, the amended plan may be confirmed without a hearing, upon the debtor's filing of a Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

Dated: March 23, 2015                               Respectfully submitted,

*/s/ Michael J. Duran*
Michael J. Duran, # 40394
Milligan Coughlin, LLC
AABC 111 Suite R
Aspen, CO 81611
Telephone: 970-712-8961
Fax: 855-395-5525
mjd@milligancoughlin.com
*Attorney for the Debtors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Amended Chapter 13 Plan dated **March 4, 2015**, at **Docket No. 55,** and the Notice of Filing Amended Chapter 13 Plan, Deadline for Filing Objections Thereto, and Hearing on Confirmation were served by placing the same in the United States Mail, first class postage pre-paid, this 23rd day of March, 2015, to the parties listed below, AND to the parties listed on the attached Label Matrix:

Nationstar Mortgage LLC
Attn: Bankruptcy Department
PO Box 630267
Irving, TX 75063

Bank of America, N.A.
Po Box 982284
El Paso, TX 79998

Colorado Department of Revenue
1375 Sherman St, Rm 504
Denver CO 80261-0004

Toyota Motor Credit Corporation (TMCC)
PO Box 8026
Cedar Rapids, IA 52408

Wells Fargo Bank, N.A.
435 Ford Road., Suite 300
St. Louis Park, MN 55426-1063

PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Premier Bankcard, Llc.
c/o Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud MN 56302-9617

*/s/ Michael J. Duran*
*Attorney for the Debtors*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 14-25878-SBB<br>District of Colorado<br>Denver<br>Mon Mar 23 10:51:43 MDT 2015 | (p)ASPEN NATIONAL COLLECTIONS<br>PO BOX 10689<br>BROOKSVILLE FL 34603-0689 | Aspen Valley Pediatrics<br>RE: XX XXX 50KD<br>603 East Hyman Avenue, Suite 25<br>Aspen, CO 81611 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America<br>RE: XX XXX 8459<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Chapter 13 Trustee - Zeman<br>Chapter 13 Trustee<br>P.O. Box 1169<br>Denver, CO 80201-1169 | Colorado Department of Revenue<br>1375 Sherman St, Rm 504<br>Denver CO 80261-0004 | Comcast<br>9602 South 300 West, Suite B<br>Sandy, UT 84070-3302 |
| Comfort Dental<br>1512 Grand Avenue, Suite 102<br>Glenwood Springs, CO 81601-3855 | Community Bank of Colorado<br>RE: XX XXX 7103<br>210 North Mill Street<br>Aspen, CO 81611-1504 | Community Banks Of Colorado<br>Attn:Bankruptcy Dept<br>121 W First St<br>Pueblo, CO 81003-4271 |
| Credit Collection Services<br>RE: XX XXX 4857<br>Progressive Processing Center-27<br>P.O. Box 55126<br>Boston, MA 02205-5126 | Credit Collection Services<br>Two wells avenue<br>Newton, MA 02459-3246 | Credit Collections Svc<br>PO Box 773<br>Needham, MA 02494-0918 |
| Michael Joseph Duran<br>111 Aspen Airport Business Center<br>Ste R<br>Aspen, CO 81611-3535 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| First Premier Bank<br>RE: XX XXX 0400<br>P.O. 5529<br>Sioux Falls, SD 57117-5529 | Brent Herbert Ford<br>75 Aspen Village<br>Aspen, CO 81611-9655 | Elizabeth Maria Ford<br>75 Aspen Village<br>Aspen, CO 81611-9655 |
| Lincare, Inc.<br>210 Center Drive<br>Glenwood Springs, CO 81601-2564 | Milligan Coughlin LLC (Denver)<br>387 Corona Street #511<br>Denver, CO 80218-3939 | Mountain Vista Condominium<br>RE: XX XXX 3737<br>P.O. Box 105154<br>Atlanta, GA 30348-5154 |
| NationStar Mortgage<br>RE: XX XXX 1396<br>P.O. Box 650783<br>Dallas, TX 75265-0783 | Nationstar Mortgage<br>Attn: Bankruptcy Department<br>PO Box 630267<br>Irving, TX 75063-0116 | Nationstar Mortgage LLC<br>Attn: Bankruptcy Department<br>P.O. Box 630267<br>Irving, Texas 75063-0116 |
| Nationstar Mortgage, LLC c/o<br>Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364-6207 | Nuwave, LLC<br>1795 Butterfield Road<br>Libertyville, IL 60048-1212 | Pitkin County Public Trustee<br>506 Main Street suite 201<br>Aspen, CO 81611-2903 |

| | | |
|---|---|---|
| Pitkin county treasurer<br>506 E. Main street Suite 201<br>Aspen, CO 81611-2903 | Premier Bankcard, LLC.<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Alexis A. Reller<br>Milligan Coughlin, LLC<br>387 Corona Street<br>#511<br>Denver, CO 80218-3939 |
| State of Colorado<br>Colorado Department of Revenue<br>Denver, CO 80261-0005 | Timberline Bank<br>720 East Hyman Avenue<br>Aspen, CO 81611-2611 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| Toyota Motor Credit Corporation (TMCC)<br>PO BOX 8026<br>Cedar Rapids, Iowa 52408-8026 | Toyota Motor Credit Corporation (TMCC)<br>PO Box 8026<br>Cedar Rapids, IA 52408-8026 | Transworld System Inc.<br>RE: XX XXX 0265<br>P.O. Box 17201<br>Wilmington, DE 19850-7201 |
| Transworld Systems, Inc.<br>507 Prudential Road<br>Harsham, PA 19044-2308 | US Trustee 13<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-1961 | Wakefield Associates<br>RE: XX XXX 1193<br>P.O. Box 58<br>Fort Morgan, CO 80701-0058 |
| Wells Fargo Auto Finance<br>RE: XX XXX 9001<br>P.O. Box 53439<br>Phoenix, AZ 85072-3439 | Wells Fargo Bank, NA<br>435 Ford Rd., Ste. 300<br>St. Louis, MN 55426-4938 | Sally Zeman<br>Chapter 13 Trustee<br>PO Box 1169<br>Denver, CO 80201-1169 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Aspen National Collections<br>RE: XX XXX 2179<br>P.O. Box 1965<br>Grand Junction, CO 81502 | Bank of America<br>Po Box 982235<br>El Paso, TX 79998 | Toyota Financial Services<br>RE: XX XXX 4213<br>P.O. Box 5855<br>Carol Stream, IL 60197 |

End of Label Matrix
Mailable recipients    44
Bypassed recipients     0
Total                  44