| UNITED STATES BANKRUPTCY COURT<br>**District of Colorado (Denver)** | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor:<br>Brent Herbert Ford and Elizabeth Maria Ford | Case Number:<br>14-25878 | |
| Name of Creditor:<br>Nationstar Mortgage LLC | | |
| Name of Current Servicer of account:<br>Nationstar Mortgage, LLC | | **COURT USE ONLY** |
| Name and Address where notices should be sent:<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>Telephone Number: 877-343-5602 | | X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 | | X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 1396** | | ☐ Check this box if the account number has changed. |

2. Signature

   Check the appropriate box.
   ☒ I am the creditor.
   ☐ I am the creditor's authorized agent (Attached copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor.
   ☐ I am a guarantor, surety, indorser, or other codebtor.

   /s/ Michael Daniels                                Date:  03/31/2015
   Michael Daniels - Assistant Secretary

1240528-0dc0af25-8e31-41b6-9586-188c97a4a3b5-

# UNITED STATES BANKRUPTCY COURT

District of Colorado (Denver)

Chapter 13 No. 14-25878

In re:  Judge: Sidney B. Brooks

Brent Herbert Ford and Elizabeth Maria Ford

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

| | |
|---|---|
| Debtor: | Brent Herbert Ford<br>Elizabeth Maria Ford<br>75 Aspen Village<br>Aspen, CO 81611 |
| Debtor's Attorney: | Michael Joseph Duran<br>111 Aspen Airport Business Center<br>Ste R<br>Aspen, CO 81611 |
| Trustee: | Sally Zeman<br>Chapter 13 Trustee<br>PO Box 1169<br>Denver, CO 80201 |

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent