UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

BRENT HERBERT FORD,

ELIZABETH MARIA FORD,

Debtors.

Chapter 13
Case No. 14-25878 (SBB)

## MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

On March 31, 2015, counsel for Debtors Brent H. Ford and Elizabeth M. Ford, Alexis A. Reller ("Movant") filed a Motion pursuant to L.B.R. 9013-1 entitled "Motion to Withdraw as Attorney of Record." Movant hereby certifies that the following is true and correct:

1. Mailing or other service of the notice was timely made on all counsel and the Debtors pursuant to L.B.R. 9010-4, as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on March 31, 2015.

2. The docket numbers for each of the following relevant documents are:

   a. the motion (Docket No. 69);
   b. the notice, (Docket No. 70);
   c. the certificate of service of the motion and the notice, (Docket No. 69, 70);
   d. the proposed order, (Docket No. 69); and

3. No objections to or requests for hearing on the motion were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice.

WHEREFORE, Movants pray that the court forthwith enter an order, a

form of which is submitted herewith, granting the requested relief.

Dated: April 9, 2015                                   Respectfully submitted,

*/s/ Alexis A. Reller*
Alexis A. Reller, # 45840
Milligan Coughlin, LLC
387 Corona Street, #511
Denver, CO 80218
Telephone: 970-236-6601