UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

BRENT HERBERT FORD,

ELIZABETH MARIA FORD,

Debtors.

Chapter 13
Case No. 14-25878 (SBB)

## CERTIFICATE AND MOTION TO DETERMINE NOTICE

This certificate pertains to the Second Amended Chapter 13 Plan filed by the Debtors, Brent H. Ford and Elizabeth M. Ford ("Debtors"), dated March 4, 2015, at Docket No. 55. The Debtors, through their attorney, Michael J. Duran, submit the following certificate pursuant to L.B.R. 3015-1 and state as follows:

1. The Debtors filed the above-captioned bankruptcy petition on November 25, 2014.

2. The Debtors attended their 11 U.S.C. § 341(a) Meeting of Creditors on January 9, 2014, in Grand Junction, Colorado.

3. The Debtors filed their initial Chapter 13 Plan on December 23, 2014 at Docket No. 16.

4. The Debtors filed their first Amended Chapter 13 Plan on March 1, 2015 at Docket No. 50.

5. After speaking to the attorney for the Chapter 13 Trustee, the Debtors filed their Second Amended Chapter 13 Plan on March 4, 2015 at Docket No. 55 . The Debtors also filed Amended Schedule I and Amended Schedule J at Docket No. 56, Amended Form 22C-1 at Docket No. 57, and Amended Form 22C-2 at Docket No. 58.

## OBJECTIONS

6. The following objections have been filed and made to the Debtor's Second Amended Chapter 13 Plan:

Nationstar Mortgage, LLC, on April 2, 2015, at Docket No.72.

Chapter 13 Trustee Sally Zeman, on April 15, 2015, at Docket No.76.

7. The following Motions and Oppositions have also been filed and made in

this matter:

> Motion to Determine Value of Property Re: Lien of Community Banks of Colorado, Filed by the Debtors on February 25, 2015 at Docket No. 48.
>
> Opposition to Motion to Determine Value of Property Re: Lien of Community Banks of Colorado, Filed by the Community Banks of Colorado on March 27, 2015 at Docket No. 68.
>
> Motion for Relief from Stay, filed by Nationstar Mortgage, LLC on April 24, 2015 at Docket No. 77.

8. The Debtors have attempted to comply with the "Meet and Confer" requirement of L.B.R. 3015-1. Counsel for the Debtors has conferred with the attorney for the Chapter 13 Trustee regarding the objections to confirmation. Counsel for the Debtors has conferred with counsel for Community Banks of Colorado regarding that party's Opposition to Motion to Determine Value of Property Re: Lien of Community Banks of Colorado. Counsel for the Debtors has spoken with a legal secretary for prior counsel to Nationstar Mortgage, LLC, and left messages for prior counsel, but has not heard back from prior counsel to Nationstar Mortgage, LLC. Counsel for the Debtors has spoken with a legal secretary for new counsel to Nationstar Mortgage, LLC, and left messages for new counsel, but has not heard back from new counsel to Nationstar Mortgage, LLC.

## AMENDED PLAN

9. The Debtors intend to amend their Chapter 13 Plan and are in the process of amending their Chapter 13 Plan in light of the objections raised by the Chapter 13 Trustee, and Nationstar Mortgage, LLC.

10. It is the intent of the Debtors that the to-be-filed Third Amended Chapter 13 Plan cure the deficiencies and resolve the objections raised by the objecting parties.

11. The Debtors intend to file and serve the Third Amended Chapter 13 Plan in accordance with the updated timeline and notice requirements as ordered by this Court.

## MOTION TO DETERMINE NOTICE

12. **Notice:** The Debtors believe notice of the Third Amended Plan must be served on the Chapter 13 Trustee and to all creditors and parties in interest.

13. **Objection Deadline Pursuant to FED. R. BANKR. P. 2002(b):** The Debtors believe notice of the Third Amended Plan should be for the full objection period set forth in FED. R. BANKR. P. 2002(b).

Dated: April 30, 2015    Respectfully submitted,

Michael J. Duran

*/s/ Michael J. Duran*
Michael J. Duran, #40394
AABC 111, Suite R
Aspen CO 81611
Telephone: 970-712-8961

*Attorney for the Debtors*

## CERTIFICATE OF SERVICE

    I, Michael J. Duran, hereby certify that I have caused a copy of the Debtors' Certificate and Motion for Determination of Notice to be served, as of the date hereof, by first class United States mail, postage pre-paid, upon all parties listed below.

| | |
|---|---|
| Chapter 13 Trustee, U.S. Trustee:<br>Sally Zeman<br>P.O. BOX 1169<br>Denver, CO 80201 | Nationstar Mortgage, LLC<br>Attn: Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9741 |
| Debtors: Brent and Elizabeth Ford<br>75 Aspen Village<br>Aspen, CO 81611 | Bank of America, N.A.<br>Po Box 982284<br>El Paso, TX 79998-2238 |
| Colorado Department of Revenue<br>1375 Sherman St, Rm 504<br>Denver CO 80261-0004 | Toyota Motor Credit Corporation (TMCC)<br>PO Box 8026<br>Cedar Rapids, IA 52408-8026 |
| Wells Fargo Bank, N.A.<br>435 Ford Rd., Ste. 300<br>St. Louis Park, MN 55426-1063 | Community Banks Of Colorado<br>Attn: Bankruptcy Dept<br>121 W First St<br>Pueblo, CO 81003 |
| Prober & Raphael<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364 | Community Bank of Colorado<br>210 North Mill Street<br>Aspen, CO 81611 |
| Heather L. Deere<br>355 Union Boulevard, Suite 250<br>Lakewood, CO 80228 | Premier Bankcard, Llc.<br>c/o Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud MN 56302-9617 |
| Christopher A. Young<br>CYLG, P.C.<br>1522 Blake Street, Suite 300<br>Denver, CO 80202 | NATHAN F. SMITH<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive<br>Irvine, CA 92612 |

Dated: April 30, 2015

                                                */s/ Michael J. Duran*
                                                Michael J. Duran