IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:

Case No. 14-25878-SBB
Chapter 13

Brent Herbert Ford, Elizabeth Maria Ford aka Elizabeth Maria Bolano

Debtor(s).

Nationstar Mortgage, LLC,

Movant,

vs.

Brent Herbert Ford, Elizabeth Maria Ford aka Elizabeth Maria Bolano
and
Sally Zeman, Bankruptcy Trustee.

## ORDER APPROVING STIPULATION AND RESOLVING MOTION FOR RELIEF FROM STAY

THIS MATTER, having come before the Court upon the Parties' Motion to Approve Stipulation and Stipulation Resolving Nationstar Mortgage, LLC's Motion for Relief from Stay.

THE COURT, having reviewed the file and the Stipulation, finds that the Stipulation is proper; and hereby

ORDERS that the terms of the Stipulation are hereby approved and made an order of the court for the duration of the case, and that the Motion for Relief from Stay is withdrawn.

DATED this __19th__ day of __May__, 20__15__.

BY THE COURT:

_Sid Brooks_  
_____  
U.S. Bankruptcy Court Judge

File No. 945-26108 (19)