UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>BRENT HERBERT FORD,<br>ELIZABETH MARIA FORD,<br>                Debtors. | Chapter 13<br>Case No. 14-25878 (SBB) |
| BRENT HERBERT FORD,<br>ELIZABETH MARIA FORD,<br>                Movants,<br>v.<br>COMMUNITY BANKS OF COLORADO,<br>                Respondent. | |

### NOTICE OF MOTION FOR VALUATION OF COLLATERAL AND TO DETERMINE SECURED STATUS PURSUANT TO 11 U.S.C. § 506

### OBJECTION DEADLINE: June 17, 2015

**YOU ARE HEREBY NOTIFIED** that the Debtors Brent H. Ford and Elizabeth M. Ford have filed a MOTION FOR VALUATION OF COLLATERAL AND TO DETERMINE SECURED STATUS PURSUANT TO 11 U.S.C. § 506 with the bankruptcy court and request the following relief:

The SECOND MORTGAGE lien held by Community Banks of Colorado for 75 Aspen Village, Aspen, CO 81611 is valued at zero ($0) and is entirely unsecured for purposes of the Debtors' Chapter 13 Plan.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

      In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: June 3, 2015                                Respectfully submitted,

                                                  */s/ Michael J. Duran*
                                                  Michael J. Duran, # 40394
                                                  AABC 111 Suite R
                                                  Aspen, CO 81611
                                         Telephone: 970-712-8961
                                                  *Attorney for the Debtors*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the MOTION FOR VALUATION OF COLLATERAL AND TO DETERMINE SECURED STATUS PURSUANT TO 11 U.S.C. § 506 and PROPOSED ORDER, along with the NOTICE OF MOTION FOR VALUATION OF COLLATERAL AND TO DETERMINE SECURED STATUS PURSUANT TO 11 U.S.C. § 506 was placed in the US Mail, First Class, CERTIFIED MAIL, postage pre-paid, as of the date hereof, addressed to the following:

Community Banks Of Colorado  
Attn: Bankruptcy Dept  
121 W First St  
Pueblo, CO 81003

Nationstar Mortgage  
Attn: Bankruptcy Department  
PO Box 630267  
Irving, TX 75063

Community Bank of Colorado  
210 North Mill Street  
Aspen, CO 81611

    I, Michael Duran, hereby certify that I have caused a copy of the MOTION FOR VALUATION OF COLLATERAL AND TO DETERMINE SECURED STATUS PURSUANT TO 11 U.S.C. § 506 and PROPOSED ORDER, along with the NOTICE OF MOTION FOR VALUATION OF COLLATERAL AND TO DETERMINE SECURED STATUS PURSUANT TO 11 U.S.C. § 506, to be served, as of the date hereof, by first class United States mail, postage pre-paid, upon all parties listed in the attached Label Matrix.

Dated: June 3, 2015

Respectfully submitted,

/s/ Michael J. Duran  
Michael J. Duran, # 40394  
AABC 111 Suite R  
Aspen, CO 81611  
Telephone: 970-712-8961  
*Attorney for the Debtors*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 14-25878-SBB<br>District of Colorado<br>Denver<br>Wed Jun  3 16:06:59 MDT 2015 | (p)ASPEN NATIONAL COLLECTIONS<br>PO BOX 10689<br>BROOKSVILLE FL 34603-0689 | Aspen Valley Pediatrics<br>RE: XX XXX 50KD<br>603 East Hyman Avenue, Suite 25<br>Aspen, CO 81611 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America<br>RE: XX XXX 8459<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Chapter 13 Trustee - Zeman<br>Chapter 13 Trustee<br>P.O. Box 1169<br>Denver, CO 80201-1169 | Colorado Department of Revenue<br>1375 Sherman St, Rm 504<br>Denver CO 80261-0004 | Comcast<br>9602 South 300 West, Suite B<br>Sandy, UT 84070-3302 |
| Comfort Dental<br>1512 Grand Avenue, Suite 102<br>Glenwood Springs, CO 81601-3855 | Community Bank of Colorado<br>c/o Malcolm Cisneros<br>2112 Business Center Drive<br>Irvine, CA 92612-7135 | Community Bank of Colorado<br>RE: XX XXX 7103<br>210 North Mill Street<br>Aspen, CO 81611-1504 |
| Community Banks Of Colorado<br>Attn:Bankruptcy Dept<br>121 W First St<br>Pueblo, CO 81003-4271 | Credit Collection Services<br>RE: XX XXX 4857<br>Progressive Processing Center-27<br>P.O. Box 55126<br>Boston, MA 02205-5126 | Credit Collection Services<br>Two wells avenue<br>Newton, MA 02459-3246 |
| Credit Collections Svc<br>PO Box 773<br>Needham, MA 02494-0918 | Heather Deere<br>355 Union Blvd.<br>Ste. 250<br>Lakewood, CO 80228-1508 | Michael Joseph Duran<br>111 Aspen Airport Business Center<br>Ste R<br>Aspen, CO 81611-3535 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | First Premier Bank<br>RE: XX XXX 0400<br>P.O. 5529<br>Sioux Falls, SD 57117-5529 |
| Brent Herbert Ford<br>75 Aspen Village<br>Aspen, CO 81611-9655 | Elizabeth Maria Ford<br>75 Aspen Village<br>Aspen, CO 81611-9655 | Lincare, Inc.<br>210 Center Drive<br>Glenwood Springs, CO 81601-2564 |
| Milligan Coughlin LLC (Denver)<br>387 Corona Street #511<br>Denver, CO 80218-3939 | Mountain Vista Condominium<br>RE: XX XXX 3737<br>P.O. Box 105154<br>Atlanta, GA 30348-5154 | NationStar Mortgage<br>RE: XX XXX 1396<br>P.O. Box 650783<br>Dallas, TX 75265-0783 |
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nationstar Mortgage, LLC c/o<br>Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364-6207 | Nuwave, LLC<br>1795 Butterfield Road<br>Libertyville, IL 60048-1212 |

| | | |
|---|---|---|
| Pitkin County Public Trustee<br>506 Main Street suite 201<br>Aspen, CO 81611-2903 | Pitkin county treasurer<br>506 E. Main street Suite 201<br>Aspen, CO 81611-2903 | Premier Bankcard, LLC.<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Nathan Frederick Jones Smith<br>2112 Business Center Dr., 2nd Floor<br>Irvine, CA 92612-7135 | State of Colorado<br>Colorado Department of Revenue<br>Denver, CO 80261-0005 | Timberline Bank<br>720 East Hyman Avenue<br>Aspen, CO 81611-2611 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation (TMCC)<br>PO BOX 8026<br>Cedar Rapids, Iowa 52408-8026 | Toyota Motor Credit Corporation (TMCC)<br>PO Box 8026<br>Cedar Rapids, IA 52408-8026 |
| Transworld System Inc.<br>RE: XX XXX 0265<br>P.O. Box 17201<br>Wilmington, DE 19850-7201 | Transworld Systems, Inc.<br>507 Prudential Road<br>Harsham, PA 19044-2308 | US Trustee 13<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-1961 |
| Wakefield  Associates<br>RE: XX XXX 1193<br>P.O. Box 58<br>Fort Morgan, CO 80701-0058 | Wells Fargo Auto Finance<br>RE: XX XXX 9001<br>P.O. Box 53439<br>Phoenix, AZ 85072-3439 | Wells Fargo Bank, NA<br>435 Ford Rd., Ste. 300<br>St. Louis, MN 55426-4938 |
| Christopher A. Young<br>1522 Blake St.<br>Ste. 300<br>Denver, CO 80202-1483 | Sally Zeman<br>Chapter 13 Trustee<br>PO Box 1169<br>Denver, CO 80201-1169 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Aspen National Collections<br>RE: XX XXX 2179<br>P.O. Box 1965<br>Grand Junction, CO 81502 | Bank of America<br>Po Box 982235<br>El Paso, TX 79998 | Nationstar Mortgage<br>Attn: Bankruptcy Department<br>PO Box 630267<br>Irving, TX 75063 |
| (d)Nationstar Mortgage LLC<br>Attn: Bankruptcy Department<br>P.O. Box 619096<br>Dallas, TX 75261-9741 | Toyota Financial Services<br>RE: XX XXX 4213<br>P.O. Box 5855<br>Carol Stream, IL 60197 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage, LLC

End of Label Matrix
Mailable recipients    46
Bypassed recipients     1
Total                  47